**Samuel SAINT CYR, Petitioner,**

v.

**U.S. ATTORNEY GENERAL,
Respondent.**

No. 06–16568
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 21, 2007.

Ralph S. Francois, Law Office of Ralph Francois, Miami, FL, for Petitioner.

Molly L. Debusschere, Regina Byrd, Patricia A. Smith, David V. Bernal, Office of Immigration Litigation, Washington, DC, for Respondent.

Before TJOFLAT, BARKETT, and HULL, Circuit Judges.

PER CURIAM:

Samuel Saint Cyr, a native and citizen of Haiti, through counsel, seeks review of the Board of Immigration Appeals' (BIA) decision affirming the Immigration Judge's (IJ) order finding him removable, denying his application for asylum, withholding of removal, and relief under the United Nations Convention Against Torture (CAT), and ordering him removed to Haiti.

On appeal, Saint Cyr argues that the IJ erred in not finding him credible because his testimony was consistent with current country conditions in Haiti, and any ambiguities between his testimony and application were clarified by later testimony. In response, the government argues that Saint Cyr did not raise these issues pertaining to credibility, relocation, or changed country conditions in his appeal to the BIA.

We agree with the government that we lack jurisdiction to review Saint Cyr's claims, as he did not raise the claims made here before the BIA. *See Amaya–Artunduaga v. U.S. Att'y Gen.,* 463 F.3d 1247, 1250 (11th Cir.2006) (holding that we lacked jurisdiction to consider a claim where it was not raised before the BIA, despite the BIA having addressed the claim *sua sponte* ).

**PETITION DENIED.**